UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THE DISPLAY ADVANTAGE GROUP, LLC,

                      Plaintiff,

v.                                            **ORDER**

SODASTREAM USA, INC.,                      19-cv-06713 (PMH)

                      Defendant.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has been reassigned to me. To allow the parties to continue engaging in discovery, the case management conference previously scheduled for June 23, 2020 is hereby cancelled.

**SO ORDERED:**

Dated: New York, New York
         June 1, 2020

                                                             Philip M. Halpern
                                                             United States District Judge